Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Leland H. Belew (SBN 293096)
leland@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

*Attorneys for Plaintiff O.T.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| O.T., through her guardian *ad litem*,<br><br>Plaintiff,<br><br>vs.<br><br>BABYBJORN AB, BABYSWEDE, LLC,<br><br>Defendants. | Case No. 2:20-cv-04517<br><br>**DECLARATION OF LORI E. ANDRUS**<br><br>Hearing Date: March 23, 2022<br>Hearing Time: 10:00 a.m.<br>Courtroom: 580<br>Judge: Hon. Karen Stevenson |

1
DECLARATION OF LORI E. ANDRUS

I, Lori E. Andrus, declare as follows:

1.      I am a founding partner of Andrus Anderson LLP.  I am duly admitted to practice before the courts of the State of California, including the United States District Court for the Central District of California.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify thereto.

1.      Attached hereto as **Exhibit 1** is a true and correct copy of an email sent by my colleague (and Counsel of Record), Leland Belew, to Suma Thomas, dated December 1, 2021.

2.      Attached hereto as **Exhibit 2** is a true and correct copy of a letter I sent to Suma Thomas on December 22, 2021.

3.      Despite the fact that Ms. Thomas and I exchanged multiple drafts of the protective order and the Rule 16/26 Joint Statement during the week of December 27th, she never responded to my letter of December 22nd, and she did not seek any further meet and confer discussion until *after* BabyBjörn's deadline to respond had passed.  At no time did Ms. Thomas ask for an additional extension of time to respond.  Nor did she ever advise me of her misguided belief that the parties' meet and confer somehow obviated her obligation to respond timely.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the Scheduling Conference before Judge Mark Scarsi on January 3, 2022.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Order setting the trial date and pre-trial dates in this matter.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's First Set of Requests for Production of Documents.

7.      Attached hereto as **Exhibit 6-8** are true and correct copies of the subpoenas served on the International Hip Dysplasia Institute, Dr. Charles Price, and the Orlando Health Foundation.

1    I declare under penalty of perjury pursuant to the laws of the state of

2    California that the foregoing is true and correct.  Signed on this 16th day of

3    February in Palm Desert, California.

4

5                                       ANDRUS ANDERSON LLP

6

7                              By:  /s/ Lori E. Andrus

8                                  ANDRUS ANDERSON LLP
                                   Lori E. Andrus (SBN 205816)
9                                  lori@andrusanderson.com
                                   Jennie Lee Anderson (SBN 203586)
10                                 jennie@andrusanderson.com
                                   Leland H. Belew (SBN 293096)
11                                 leland@andrusanderson.com
                                   155 Montgomery Street, Suite 900
12                                 San Francisco, CA  94104
                                   Telephone:     (415) 986-1400
13                                 Facsimile:     (415) 986-1474

14
                                   *Attorneys for Plaintiff O.T.*
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3
                            DECLARATION OF LORI E. ANDRUS